FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 0 1 2007 ★

BROOKLYN OFFICE

Received via email on 8/01/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Koon Chun Hing Kee Soy & Sauce Factory Ltd.,

                Plaintiff,        CV-07-2568 (CPS)

   - against -                 ORDER

Kun Fung USA Trading,
a/k/a Kun Fung Trading Co., et al.,

                Defendant.

----------------------------------------X

        The Clerk of the Court is hereby directed to unseal the above captioned case.

        The Clerk is directed to transmit notice of the within to all parties.

        SO ORDERED

Dated :   Brooklyn, New York
         August 1, 2007

        By: /s/ Charles P. Sifton (electronically signed)
             United States District Judge