| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD.<br><br>        Plaintiff,<br>  - versus -<br>KUN FUNG USA TRADING CO. INC., *et al.*<br>        Defendants. | ORDER<br>07-CV-2568 |

JOHN GLEESON, United States District Judge:

  By motion dated April 5, 2012, plaintiff Koon Chun Hing Kee Soy & Sauce Factory, Ltd. ("Koon Chun") seeks a judgment awarding additional attorneys' fees and costs beyond those granted in the Report and Recommendation ("R&R") adopted by the Court on March 30, 2012. Specifically, Koon Chun seeks $7,625.00 in attorney's fees and $200.80 in costs in connection with the inquest hearing held by Magistrate Judge Gold on December 21, 2011; $225.00 in attorney's fees in connection with other activities related to plaintiff's motion for default judgment; $13,100.00 in attorney's fees and $70.58 in costs in connection with plaintiff's objections to the R&R; and $1,600 in attorney's fees in connection with the instant motion.

  With respect to the requested fees and costs incurred in connection with the inquest hearing, the motion for default judgment, and the instant motion – totaling $9,650.80 – I find that an award is appropriate but reduce the requested award by 30%. Accordingly, in addition to the sums granted in the adopted R&R, defendants must pay $6,755.56 to plaintiff – to be allocated among defendants in the same manner set forth in the R&R. With respect to the fees and costs incurred in connection with plaintiff's objections to the R&R, the case plaintiff cites in support of his request, *Hensley v. Eckerhart*, 461 U.S. 424 (1983), does not, in fact,

support his request.  I find that an award of these costs and fees would be inappropriate and I do not award them.

So ordered.

John Gleeson, U.S.D.J.

Dated:  April 24, 2012
        Brooklyn, New York